**FILED**

**AUGUST 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**08 C 50167**

| | | |
|---|---|---|
| Judith Galloway, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | |
| Life Time Fitness, Inc., a Minnesota | ) | JURY DEMAND  **JUDGE REINHARD** |
| corporation, | ) | **MAGISTRATE JUDGE MAHONEY** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Judith Galloway ("Galloway"), by her attorneys, Gordon & Rappold LLC, complaining of Defendant, Life Time Fitness, Inc., a Minnesota corporation, ("Life Time Fitness"), alleges as follows:

### INTRODUCTION

1.     Galloway seeks redress for sex discrimination in employment and retaliation. This case is brought for relief pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.,* as amended, 42 U.S.C. § 1981, as amended by the Civil Rights Act of 1991 ("Title VII"), and the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

### PARTIES, JURISDICTION AND VENUE

2.     Plaintiff Galloway is an individual residing at 1725 Hartford Lane in Crystal Lake, Illinois.

3.     Defendant Life Time Fitness is a Minnesota corporation doing business in the Northern District of Illinois and whose agent for service of process in Illinois is National Registered Agents, Inc., 200 West Adams Street, Chicago, Illinois 60606.

4.    At all relevant times, Life Time Fitness has been continuously engaged in an industry affecting interstate commerce, has been an employer covered by the requirements set forth in the FLSA and has employed more than fifteen employees who were engaged in interstate commerce.

5.    On October 25, 2007, Galloway timely filed a charge of sex discrimination with the Equal Employment Opportunity Commission ("EEOC"), a copy of which is attached hereto as Exhibit "A."

6.    On June 16, 2008, Galloway received a notice of her right to sue from the EEOC, a copy of which is attached hereto as Exhibit "B."

7.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 1343.

8.    This Court has personal jurisdiction over Life Time Fitness because it transacts business in the Northern District of Illinois.

9.    Venue is proper in this forum pursuant to 28 U.S.C. § 1391(b) because Life Time Fitness transacts business here and all of the events alleged in this Complaint occurred here.

## GENERAL ALLEGATIONS

10.    Life Time Fitness operates approximately eight health clubs in Illinois and many more throughout the United States.  One of its facilities is located in Algonquin, Illinois.

11.    On April 1, 2003, Life Time Fitness hired Galloway as an Assistant Life Café Department Head at its Algonquin location.

12.    Galloway is currently employed by Life Time Fitness at its facility in Algonquin, Illinois as a Life Café Department Head.

13.    Galloway is a female.

14.     On February 8, 2006, another Life Time Fitness employee, Amy Baden-Winterwood, individually and on behalf of all others similarly situated, filed a Complaint against Life Time Fitness alleging a violation of the Fair Labor Standards Act arising from unpaid wages and overtime.   The case was filed in the United States District Court for the Southern District of Ohio and the case caption is Amy Baden-Winterwood v. Life Time Fitness, Inc., Case No. 06-cv-00099 (the "Wage Suit").

15.     On October 16, 2006, Galloway opted in as a class member of the Wage Suit.  A copy of Galloway's Consent to Become a Party Plaintiff is attached hereto as Exhibit "C."

16.     Since October of 2006, Galloway has suffered sex discrimination in employment in violation of Title VII and discrimination and retaliation in violation of the FLSA.

### COUNT I
### Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42  U.S.C. § 2000e, *et* seq.

17.     Galloway repeats and realleges paragraphs 10 through 13 and paragraph 16 of the General Allegations and adopts them to be paragraph 17 of this Count I, as though fully set forth therein.

18.     On December 1, 2003, Galloway was promoted to a Life Café Department Head and is still in that position.  As a Life Café Department Head, Galloway supervises twenty-two employees and is responsible for running the Life Café and the outside bistro at the Algonquin location.

19.     Galloway's duties include processing the payroll, invoicing, ordering supplies for the Café, hiring employees for the Café and the outside bistro, overseeing the maintenance and repair of all Café and Bistro equipment and ensuring the smooth operation of the Life Café and outside bistro.  Galloway has consistently been a top performer for Life Time Fitness.

20.    Galloway's Café has always been ranked in Life Time Fitness' top ten in the United States for "Secret Shops" and in 2006, it ranked number one out of all Life Time Fitness' Cafés in the United States. Her Café has often been ranked in Life Time Fitness' top ten in the United States for revenue to budget (which means that her café met or exceeded the budget). Her Café has won numerous monthly Artistry Awards and won one quarterly Artistry Award. An Artistry Award is awarded to cafés which are at the top in service and financials. Her café had net income of $25,000 per month when she started, which has increased to approximately $55,000 per month.

21.    From the very beginning of her employment with Life Time Fitness, Galloway has continually expressed interest in being promoted.

22.    The General Management Career Path at Life Time Fitness is as follows:

    a.    Life Café Department Head
    b.    Operations Department Head (requires 1 year of experience as a Life Café Department Head)
    c.    Sales Department Head (requires 1 year of experience as an Operations Department Head and a Department Head Certification)
    d.    General Manager (requires 1 year of experience as a Sales Department Head and an Operations Department Head Certification)

The General Management Career Path flow chart developed by Life Time Fitness is attached hereto as Exhibit "D."

23.    In October of 2006, Galloway sent a letter to Ken Zylstra ("Zylstra"), Life Time Fitness' Director of the Life Cafés, in which she expressed interest in learning the necessary steps to becoming a General Manager. Zylstra called Galloway after receiving her letter and advised her that he would visit the Algonquin site to talk to her in person regarding her career path, but he never did so.

24.    On February 7, 2007, Galloway sent a letter to Kevin Logan ("Logan"), Life Time

Fitness' Area Director, expressing interest in becoming a General Manager. A copy of the letter is attached as Exhibit "E." On March 2, 2007, she met with Logan and Greg McGowan ("McGowan"), the General Manager of the Algonquin facility, and expressed interest in becoming an Operations Department Head. At that meeting, Logan and McGowan attempted to persuade her to move into a sales position, which was a position that was *not* included in the Life Time Fitness career path to General Manager and one in which Galloway was *not* interested. Galloway told Logan and McGowan that she was not interested in a sales position, but rather wanted to strive for the Operations Department Head position when it became available.

25.    On March 8, 2007, the position of Facility Operations Department Head ("Operations Department Head Position") was posted by Life Time Fitness' human resources department (job description attached as Exhibit "F"). Galloway met all of the requirements for the position and she emailed her resume and application to McGowan on that same day.

26.    On March 14, 2007, Galloway emailed McGowan to inquire about setting up an interview for the Operations Department Head Position, but received no response. On March 19, 2007, Galloway met with McGowan. McGowan made it clear to Galloway that the meeting was not an interview and explained to her that the Operations Department Head Position would entail 65-70 hours of work per week and that the work hours would be 8:00a.m. – 8:00p.m. Monday – Saturday and that she would be on call on Sundays. After the meeting, on March 20, 2007, Galloway emailed McGowan and reiterated her interest in the position.

27.    On April 10, 2007, Galloway met with McGowan, and McGowan told her that the job description had changed – that the applicants for the Operations Department Head Position now had to have a technical degree and an ability to fix machinery. McGowan told Galloway that she would need to "use a screwdriver" and that she would possibly be called in at midnight

to fix machines. McGowan told her that Logan and James Scurto had informed him of these changes in the Operations Department Head Position. Galloway asked McGowan if she could be trained to fix the machinery and he responded that Life Time Fitness offered no such training program at that time. At no time did the posted job description for the Operations Department Head Position provide that a technical degree and the ability to fix machinery were requirements of the Operations Department Head Position. John Andrea, the previous Operations Department Head, did not have a technical degree and was not qualified to fix machinery.

28.     McGowan interviewed one female, Colleen Formanek, the Night Operations Facility Department Head at Schaumburg Life Time Fitness, and two males for the Operations Department Head Position. Galloway was never interviewed for the position. Robin Larson, a female and the Assistant Operations Department Head at the time, also applied for the position and was never granted an interview. On May 11, 2007, McGowan hired Walt Jensen ("Jensen"). Jensen had no previous relevant experience; he was a security guard and a petty cash officer at a hotel prior to joining Life Time Fitness. Jensen did not have a technical degree and he cannot fix machinery. Jensen was not required to work 8:00a.m. – 8:00p.m. every day and he was not required to fix machinery.   Jensen took the Certification test for the Operations Department Head Position twice and has failed it both times. Jensen was supposed to take the exam for the third time in Minnesota in August of 2007.

29.     On or about August 6, 2007, Jensen was terminated by Life Time Fitness.   The Operations Department Head Position was posted again on August 9, 2007.

30.     On August 11, 2007, Galloway applied for the Operations Department Head Position for a second time.

31.     On August 13, 2007, McGowan told Galloway that he had received the

"strangest" application for the Operations Department Head Position. When she inquired whether he was referring to her application, he responded, "Yeah, are you serious?"

32.    Galloway was never granted an interview for the position, even though she asked for one verbally and via email.

33.    McGowan interviewed at least four males for the Operations Department Head Position.

34.    On October 15, 2007, McGowan hired Shawn Zimmerman ("Zimmerman"), previously a Personal Trainer at Life Time Fitness. Zimmerman was originally hired by Life Time Fitness as a Personal Trainer on April 4, 2007. He is less qualified than Galloway for the position.

35.    Galloway is a female. She twice applied for and was qualified for the Operations Department Head Position, but was rejected for the Operations Department Head Position twice. Instead, two males with lesser qualifications for the Operations Department Head Position were hired.

36.    On October 1, 2007, Galloway was put on a Performance Improvement Plan due to poor "cost of goods". There are 8 Life Cafés in Illinois. Every Life Café has had poor "cost of goods". However, the only Life Café Department Head to be put on a Performance Improvement Plan was Galloway. Two males who are Life Café Department Heads whose Cafés had poor "cost of goods" were not placed on Performance Improvement Plans.

37.    Galloway has consistently met Life Time Fitness' legitimate employment expectations. She was meeting Life Time Fitness' legitimate employment expectations when she was placed on a Performance Improvement Plan. Despite meeting Life Time Fitness' legitimate employment expectations, Galloway was the only Life Café Department Head placed on a

Performance Improvement Plan. Galloway was treated less favorably than similarly situated male employees. Two similarly situated, male Life Café Department Heads were not put a Performance Improvement Plan despite their Cafés having problems similar to or worse than Galloway's Café, *i.e.* poor "cost of goods."

38.    Life Time Fitness intentionally discriminated against Galloway because of her sex in violation of Title VII.

39.    Life Time Fitness' unlawful actions have caused Galloway emotional distress, inconvenience, lost wages, bonuses and benefits, and other damages.

**WHEREFORE**, Plaintiff, Judith Galloway, respectfully requests:

A.  All wages, bonuses and benefits she would have received but for the discrimination;

B.  Promotion to the Operations Department Head Position;

C.  Compensatory damages;

D.  Punitive damages;

E.  Attorneys' fees and costs; and

F.  Such other relief as law and justice allow.

## COUNT II
### Discrimination and Retaliation in Violation of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq

40.    Galloway repeats and realleges paragraphs 10 through 16 of the General Allegations and paragraphs 18 through 39 of Count I and adopts them to be paragraph 40 of this Count II, as though fully set forth therein.

41.    The Fair Labor Standards Act provides in relevant part:

… it shall be unlawful for any person-- to discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this chapter, or has testified or

is about to testify in any such proceeding, or has served or is about to serve on an industry committee. 29 U.S.C. § 215(a)(3).

42.     Life Time Fitness discriminated against Galloway in violation of Section 215(a)(3) of the FLSA when it refused to promote Galloway to the Operations Department Head position. This discrimination occurred because of Galloway's opting in as a member of the Wage Suit.

43.     Life Time Fitness discriminated against Galloway in violation of Section 215(a)(3) of the FLSA when it did not award her the Artistry Award for 2006, even though she was the leader in all categories under consideration for this award, which include service and financials. An Artistry Award is awarded to cafés which are at the top in service and financials. Nicholas Spounias, the employee who won the Artistry Award for 2006, did not opt in as a member of the Wage Suit. This discrimination against Galloway occurred because of her opting in as a member of the Wage Suit.

44.     Life Time Fitness discriminated against Galloway in violation of Section 215(a)(3) of the FLSA when it set her 2007 budget 32% higher than her January 2006 budget. The usual budget increase is 8.7%. Her budget was higher than any of the other Illinois cafés in her size category. John Reilly ("Reilly"), Vice President of Corporate Business, sent an email to Galloway admitting her 2007 budget was an error and Reilly set up a conference call with Galloway to see if it could be fixed. Reilly and Galloway had a conference call and he told Galloway that the budget would be modified, but there was no modification made. Galloway did not earn any bonus in 2007 because of the inflated budget. Galloway's inflated budget was a result of discrimination because of her opting in as a member of the Wage Suit.

45.     Life Time Fitness' unlawful actions have caused Galloway emotional distress, inconvenience, lost wages, bonuses and benefits, and other damages.

**WHEREFORE**, Plaintiff, Judith Galloway, respectfully requests:

A.  All wages, bonuses and benefits she would have received but for the discrimination;

B.  Promotion to the Operations Department Head Position;

C.  Liquidated damages;

D.  Punitive damages;

E.  Attorneys' fees and costs; and

F.  Such other relief as law and justice allow.


Judith Galloway


By:  /s/Stephen A. Cohen
       One Of Her Attorneys

Stephen A. Cohen
Susan A. Stoddard
Gordon & Rappold LLC
20 S. Clark Street, Suite 2600
Chicago, Illinois  60603
312-332-5200

**08 C 50167**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2008-00557 |

Illinois Department of Human Rights                              and EEOC
_State or local Agency, if any_

| NAME _(Indicate Mr., Ms., Mrs.)_ | HOME TELEPHONE _(Include Area Code)_ | |
|---|---|---|
| Ms. Judith Galloway | 815-356-8507 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 1725 Hartford Lane | Crystal Lake, Illinois  60014 | 5/7/62 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME _(If more than one list below.)_

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE _(Include Area Code)_ |
|---|---|---|
| *Lifetime Fitness, Inc. | approx. 12,000 | 800-430-LIFE |
| STREET ADDRESS  Main Corporate Office | CITY, STATE AND ZIP CODE | COUNTY |
| 6442 City West Parkway | Eden Prairie, Minnesota  55344 | |
| NAME | | TELEPHONE NUMBER _(Include Area Code)_ |
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON _(Check appropriate box(es))_ | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE    ☐ COLOR    ☒ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN<br>☐ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ OTHER _(Specify)_ | EARLIEST  5/11/07    LATEST  10/15/07<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE  _(If additional space is needed, attach extra sheet(s)):_

See Attached Exhibit A for "Charge of Discrimination" details

*Judith Galloway works at LifeTime Fitness, Inc's Algonquin, Illinois facility, located at 451 Rolls Dr., Algonquin, IL  60102.  However, LifeTime Fitness, Inc's corporate office and human resources department is located in Minnesota (address provided above)

RECEIVED EEOC
OCT 2 5 2007
CHICAGO DISTRICT OFC

Attorneys for Judith Galloway: Gordon & Rappold LLC
Stephen A. Cohen
Susan A. Stoddard
20 S. Clark St., Ste. 2600
Chicago, Illinois  60603
Tel:  312-332-5200
Fax:  312-332-2952

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - _(When necessary for State and Local Requirements)_ |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| _Judith Galloway_ | _Judith Galloway_ |
| Date  10/20/07   Charging Party _(Signature)_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year) |

| EXHIBIT |
|---|
| A |

# EXHIBIT A

## EEOC CHARGE OF SEX DISCRIMINATION
### for Judith Galloway

1.  Judith Galloway ("Petitioner" or "Galloway") is currently employed by Life Time Fitness, Inc. ("Respondent" or "Life Time Fitness") at its facility in Algonquin, Illinois as a Life Café Department Head.  Galloway is a female and she has a Bachelor of Arts degree in English, Law Enforcement and Education.

2.  On April 1, 2003, Life Time Fitness hired Galloway as an Assistant Life Café Department Head at its Algonquin location.  Life Time Fitness has approximately 8 clubs in Illinois and many more throughout the United States.  On December 1, 2003, Galloway was promoted to a Life Café Department Head and is still in that position. As a Life Café Department Head, Galloway supervises twenty-two employees and is responsible for running the Life Café and the outside bistro at the Algonquin location.  Her duties include processing the payroll, invoicing, ordering supplies for the Café, hiring employees for the Café and the outside bistro, overseeing the maintenance and repair of all Café and Bistro equipment and ensuring the smooth operation of the Life Café and outside bistro.  Galloway has consistently been a top performer.  Her café has always been ranked in the top ten in the United States for "Secret Shops" and in 2006, it ranked number one out of all the cafés in the United States. Her café has often been ranked in the top ten in the United States for revenue to budget (which means that her café met or exceeded the budget).  Her café has won numerous monthly Artistry Awards and won one quarterly Artistry Award.  An Artistry Award is awarded to cafés which are at the top in service and financials. Her café had net income of $25,000 per month when she started, which has increased to approximately $55,000 per month.  From the very beginning of her employment with Life Time Fitness, Galloway has continually expressed interest in being promoted.

3.  The General Management Career Path at Life Time Fitness is as follows:

    a.  Life Café Department Head
    b.  Operations Department Head (requires 1 year of experience as a Life Café Department Head)
    c.  Sales Department Head (requires 1 year of experience as an Operations Department Head and a Department Head Certification)
    d.  General Manager (requires 1 year of experience as a Sales Department Head and an Operations Department Head Certification)

    The General Management Career Path flow chart developed by Life Time Fitness is attached as Exhibit "1."

RECEIVED EEOC

OCT 2 5 2007

CHICAGO DISTRICT OFC



4.      In October of 2006, Galloway sent a letter to Ken Zylstra ("Zylstra"), Life Time Fitness' Director of the Life Cafés, in which she expressed interest in learning the necessary steps to becoming a General Manager.  Zylstra called Galloway after receiving her letter and advised her that he would visit the Algonquin site to talk to her in person regarding her career path, but he never did so.

5.      On February 7, 2007, Galloway sent a letter to Kevin Logan ("Logan"), Life Time Fitness' Area Director, expressing interest in becoming a General Manager.  A copy of the letter is attached as Exhibit "II."  On March 2, 2007, she met with Logan and Greg McGowan ("McGowan"), the General Manager of the Algonquin facility, and expressed interest in becoming an Operations Department Head.  At that meeting, Logan and McGowan attempted to persuade her to move into a sales position, which was a position that was *not* included in the Life Time Fitness career path to General Manager and one in which Galloway was *not* interested.  Galloway told Logan and McGowan that she was not interested in a sales position, but rather wanted to strive for the Operations Department Head position when it became available.

6.      On March 8, 2007, the position of Facility Operations Department Head ("Operations Department Head Position") was posted by Life Time Fitness' human resources department (job description attached as Exhibit "III").  Galloway met all of the requirements for the position and she emailed her resume and application to McGowan on that same day.

7.      On March 14, 2007, Galloway emailed McGowan to inquire about setting up an interview for the Operations Department Head Position, but received no response. On March 19, 2007, Galloway met with McGowan.  McGowan made it clear to Galloway that the meeting was not an interview and explained to her that the Operations Department Head Position would entail 65-70 hours of work per week and that the work hours would be 8:00a.m. – 8:00p.m. Monday – Saturday and that she would be on call on Sundays.  After the meeting, on March 20, 2007, Galloway emailed McGowan and reiterated her interest in the position.

8.  On April 10, 2007, Galloway met with McGowan, and McGowan told her that the job description had changed – that the applicants for the Operations Department Head Position now had to have a technical degree and an ability to fix machinery. McGowan told Galloway that she would need to "use a screwdriver" and that she would possibly be called in at midnight to fix machines. McGowan told her that Logan and James Scurto informed him of these changes in the Operations Department Head Position. Galloway asked McGowan if she could be trained to fix the machinery and he responded that Life Time Fitness offered no such training program at that time. At no time did the posted job description for the Operations Department Head Position provide that a technical degree and the ability to fix machinery were requirements of the Operations Department Head Position. John Andrea, the previous Operations Department Head, did not have a technical degree and was not qualified to fix machinery.

9.  McGowan interviewed one female, Colleen Formanek, the Night Operations Facility Department Head at Schaumburg Life Time Fitness, and two males. Galloway was never interviewed for the position. Robin Larson, a female and the Assistant Operations Department Head at the time, also applied for the position and was never granted an interview. On May 11, 2007, McGowan hired Walt Jensen ("Jensen"). Jensen had no previous relevant experience; he was a security guard and a petty cash officer at a hotel prior to joining Life Time Fitness. Jensen did not have a technical degree and he cannot fix machinery. Jensen was not required to work 8:00a.m. – 8:00p.m. every day and he was not required to fix machinery. Jensen took the Certification test for Operations Department Head position twice and has failed it both times. Jensen was supposed to take the exam for the third time in Minnesota in August of 2007.

10.  On or about August 6, 2007, Jensen was terminated by Life Time Fitness. The Operations Department Head Position was posted again on August 9, 2007.

11.  On August 11, 2007, Galloway applied for the Operations Department Head Position for a second time.

12.  On August 13, 2007, McGowan told Galloway that he received the "strangest" application for the Operations Department Head Position. When she inquired whether he was referring to her application, he responded, "Yeah, are you serious?"

13.  Galloway was never granted an interview for the position, even though she asked for one verbally and via email.

14.  McGowan interviewed at least four males for the Operations Department Head Position.

15. On October 15, 2007, McGowan hired Shawn Zimmerman ("Zimmerman"), previously a Personal Trainer at Life Time Fitness. Zimmerman was originally hired by Life Time Fitness as a Personal Trainer on April 4, 2007. He is less qualified than Galloway for the position.

16. Galloway is a female. She twice applied for and was qualified for the Operations Department Head Position, but was rejected for the Operations Department Head Position twice. Instead, two males with lesser qualifications for the Operations Department Head Position were hired.

17. On October 1, 2007, Galloway was put on a Performance Improvement Plan due to poor "cost of goods". There are 8 Life Cafés in Illinois. Every Life Café has had poor "cost of goods". However, the only Life Café Department Head to be put on a Performance Improvement Plan was Galloway. Two males who are Life Café Department Heads whose Cafés had poor "cost of goods" were not placed on Performance Improvement Plans.

18. Galloway is a female. She has consistently met Life Time Fitness' legitimate employment expectations. She was meeting Life Time Fitness' legitimate employment expectations when she was placed on a Performance Improvement Plan. Despite meeting Life Time Fitness' legitimate employment expectations, Galloway was the only Life Café Department Head placed on a Performance Improvement Plan. Galloway was treated less favorably than similarly situated male employees. Two similarly situated, male Life Café Department Heads were not put a Performance Improvement Plan despite their Cafés having problems similar to or worse than Galloway's Café, *i.e.* poor "cost of goods."

4

04/13/2007  12:25    8474586300                    LIFETIME                        PAGE  03/03

EXHIBIT I



04/13/2007  12:29    8474586300                  LIFETIME                              PAGE  01/13

*Judith J. Galloway*

1725 Hartford
Crystal Lake, Illinois

Home 815 356-8507
Cell 815 276-6172
jgalloway@lifetimefitness.com

February 7, 2007

Dear Kevin,

The purpose of this letter is to ask for your very valued opinion about my career with Life Time Fitness. As you know I completely enjoy working for Life Time and believe in its successful expanding future. In pursuing my career I see myself as a great candidate for a General Manager and I need direction from your expertise in order to pursue that goal.

For the past four years I have run the Algonquin Life Café successfully in every way possible, by increasing the Revenue at no less than 25% year over year and exceeding my Ebitda Goals each year. My café has always been in the top ten for Secret Shops and this past year we rank number One out of all the Cafes. The Algonquin Café has won numerous monthly Artistry Awards and Won One Quarterly Artistry Award. For 2006, we are a very close competitor for the number one spot to win Artistry. So Kevin, what I am saying is that I strive for success and achieve it, but I feel that at this point with my Department Head responsibilities I am ready to move on and I would like to do so in a timely manner.

As you know I take pride in the job I do and I always make the best effort I can when taking on a task. I believe I have proven myself as an exceptional team player and motivator. I have always participated above and beyond when it comes to Club Open Houses, Halloween Parties, Charity Events and Athletic events such as the Reindeer Run. Not only do I work all these events, I make every effort to see that they are successful and beneficial to our Club and enjoyable for our members. For the



*Tsunami fundraiser I organized and created over twelve gift baskets to be auctioned off and I arranged a huge bake sale from Vendor donations so we could raise additional money for the cause.  For that event, our Club alone raised over $4,000.  Kevin, I am passionate about the work I do and I never want to be mediocre at anything, I always want to exceed my goals.*

*In the past four years I have shared my knowledge and assisted in everyway possible when other Illinois Café's needed help.  I have brought many great ideas that have been turned into reality for the Life Cafes. Ken has always complimented me on being one of the  very best Café Department Heads and he is always grateful for the job I do and the passion and joy I put into it.*

*Currently I have my café set-up with two responsible Assistant Department Heads whom I have trained to manage quite similar to my style.  Hence I have set the Algonquin Café up for success and would now like to change my path at Life Time and pursue my goal of becoming a General Manager.  So Kevin if you would take the time to talk with me about taking the next step towards my goal, I would greatly appreciate you sharing your knowledge with me and guiding me down the path.*

*Please feel free to contact me via email or phone within the next two weeks  to set-up a meeting.   I look forward to hearing from you and I truly appreciate you taking time to consider my request.*

*Sincerely,*

*Judith J. Galloway*
*Algonquin Life Café*
*Department Head*



# Facility Operations Department Head – OLD00165

**Job Description**

**Description**
General Summary
Responsible for the overall direction, coordination and management of the Operations department. Ensure Operations staff adheres to the cleaning and operation checklists and ensure the club is clean, safe, and operating efficiently.

Major Duties & Responsibilities
Member Experience

1. Responsible for maintaining indoor and outdoor club cleanliness and safety by delegating daily maintenance tasks
2. Ensure tasks in assigned rotation schedules are completed in a timely and efficient manner
3. Ensure staff washes, folds, and stocks towels for members
4. Ensure staff maintains the locker rooms and are neat, orderly and well stocked
5. Ensure Operations projects and tasks do not interfere with members' use of the club
6. Ensure staff is courteous to members and respectful of their privacy in the locker rooms
7. Continually ensure team members use the "five- sense" model throughout the entire club
8. Conduct facility inspections to ensure the club is clean and equipment is functioning properly

Managerial & Supervisory

1. Oversee maintenance and repair projects of the club
2. Maintain communication with all departments to monitor cleanliness and equipment condition
3. Assess individual performance, provide feedback and recognition
4. Recruit and interview for Operations department
5. Train staff through shadowing other team members, orientation, direction, and feedback
6. Coach and counsel staff
7. Make hiring, promotion, disciplinary, and termination recommendations to the General Manager

Responsibilities of All Positions

- Support and articulate the Life Time Fitness mission statement
- Adhere to company policies and procedures
- Ensure cleanliness of the club using all 5 senses:
  - Sight to ensure club is neat and orderly
  - Sound to ensure music/ sound levels are appropriate
  - Touch to ensure floors, countertops, etc are clean and dry
  - Taste to ensure food & beverages in the café are up-to-standards
  - Smell to ensure the club is fresh and odor free

**Qualifications**

Minimum Qualifications
Education:

- High School diploma or GED
- College degree in business, hospitality or related field preferred

Experience:
- One-year Management experience
- Building operations experience



Health and Fitness operations experience preferred

Licenses / Certifications / Regulations:
- Aquatic Facilities Operator Certification (AFO)
- Certified Pool Operator License (CPO) within six months of hire date
- CPR/AED certification required within the first thirty days after hire date

Knowledge, Skills, Abilities and Other Characteristics

- Ability to train and lead staff
- Ability to multi-task and learn quickly
- Excellent customer service skills
- Ability to resolve conflicts in a professional, tactful manner
- Awareness of potential injuries and ability to handle emergencies
- Excellent time management and organizational skills
- Ability to build relationships with members and staff
- Ability to operate basic machinery and tools
- Knowledge of pool chemicals
- Ability to operate a personal computer
- Knowledge of standard office procedures and computer software

| Profile | |
|---|---|
| **Locations** | IL-Old Orchard |
| **Organization** | Life Time Fitness - Clubs |
| **Schedule** | Full-time |
| **Job Level** | Manager with Direct Reports |
| **Employee Status** | Regular |
| **Travel** | No |

 Send this job to a friend

 Return to the job list                                                    Apply Online

 Powered by Taleo

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Judith Galloway<br>1725 Hartford Lane<br>Crystal Lake, IL 60014 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

Certified Mail 7001 1940 0003 8824 8265

☐   *On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-00557 | Jerry Zhang,<br>Investigator | (312) 353-7522 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☒   More than 180 days have passed since the filing of this charge.

☐   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*John P. Rowe,*
**John P. Rowe,**
**District Director**

*6/12/2008*
*(Date Mailed)*

cc:

**LIFETIME FITNESS**

**EXHIBIT**

B

COPY
SEP 16 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Amy Baden-Winterwood, individually,
and on behalf of others similarly
situated,

Case No. C2-06-CV-99

Judge Gregory L. Frost
Magistrate Judge Abel

Plaintiffs,

v.

Life Time Fitness, Inc.,

Defendant.

## CONSENT TO BECOME A PARTY PLAINTIFF

My signature below indicates my belief that I satisfy the following criteria to join this matter: I am, or was, a Life Time Fitness employee between February 8, 2003 to the present, who: (1) has not been paid overtime for hours worked over forty during any given week; (2) has been paid a predetermined amount, which was identified by Life Time Fitness as base salary, during any given pay period; and (3) has been covered by a bonus or incentive compensation plan which includes or included a provision allowing for deductions to be made from my base salary to recover for bonus or incentive overpayments.

I hereby authorize the filing and prosecution of the above-styled FLSA action in my name. Further, I designate the Named Plaintiff as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with the Named Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

SIGNATURE (Sign your name)         _Judith J. Galloway_

(Print your name)                  _Judith J. Galloway_

(Street Address)                   _1725 Hartford Lane_

(City, State, Zip)                 _Crystal Lake, Il 60014_

(Telephone number)                 _815 356-8507_

(Social Security number)*          _____

(Date of Completion)               _9/8/06_

**Please return this form to the address below. It must be postmarked by October 9, 2006.**

Life Time Fitness Class Action
c/o Dworken & Bernstein Co. LPA
P.O. Box 459
Painesville, Ohio 44077

---

*   All Social Security Numbers will be kept confidential.

EXHIBIT

C



EXHIBIT

D

*Judith J. Galloway*

*1725 Hartford*
*Crystal Lake, Illinois*

*Home 815 356-8507*
*Cell 815 276-6172*
*jgalloway@lifetimefitness.com*

February 7, 2007

Dear Kevin,

The purpose of this letter is to ask for your very valued opinion about my career with Life Time Fitness. As you know I completely enjoy working for Life Time and believe in its successful expanding future. In pursuing my career I see myself as a great candidate for a General Manager and I need direction from your expertise in order to pursue that goal.

For the past four years I have run the Algonquin Life Café successfully in every way possible, by increasing the Revenue at no less than 25% year over year and exceeding my Ebitda Goals each year. My café has always been in the top ten for Secret Shops and this past year we rank number One out of all the Cafes. The Algonquin Café has won numerous monthly Artistry Awards and Won One Quarterly Artistry Award. For 2006, we are a very close competitor for the number one spot to win Artistry. So Kevin, what I am saying is that I strive for success and achieve it, but I feel that at this point with my Department Head responsibilities I am ready to move on and I would like to do so in a timely manner.

As you know I take pride in the job I do and I always make the best effort I can when taking on a task. I believe I have proven myself as an exceptional team player and motivator. I have always participated above and beyond when it comes to Club Open Houses, Halloween Parties, Charity Events and Athletic events such as the Reindeer Run. Not only do I work all these events, I make every effort to see that they are successful and beneficial to our Club and enjoyable for our members. For the



EXHIBIT

E

Tsunami fundraiser I organized and created over twelve gift baskets to be auctioned off and I arranged a huge bake sale from Vendor donations so we could raise additional money for the cause. For that event, our Club alone raised over $4,000. Kevin, I am passionate about the work I do and I never want to be mediocre at anything, I always want to exceed my goals.

In the past four years I have shared my knowledge and assisted in everyway possible when other Illinois Café's needed help. I have brought many great ideas that have been turned into reality for the Life Cafes. Ken has always complimented me on being one of the very best Café Department Heads and he is always grateful for the job I do and the passion and joy I put into it.

Currently I have my café set-up with two responsible Assistant Department Heads whom I have trained to manage quite similar to my style. Hence I have set the Algonquin Café up for success and would now like to change my path at Life Time and pursue my goal of becoming a General Manager. So Kevin if you would take the time to talk with me about taking the next step towards my goal, I would greatly appreciate you sharing your knowledge with me and guiding me down the path.

Please feel free to contact me via email or phone within the next two weeks to set-up a meeting. I look forward to hearing from you and I truly appreciate you taking time to consider my request.

Sincerely,

Judith J. Galloway
Algonquin Life Café
Department Head



# Facility Operations Department Head – OLD00165

**Job Description**

**Description**

Apply Online

General Summary
Responsible for the overall direction, coordination and management of the Operations department.
Ensure Operations staff adheres to the cleaning and operation checklists and ensure the club is clean,
safe, and operating efficiently.

Major Duties & Responsibilities
Member Experience

1. Responsible for maintaining indoor and outdoor club cleanliness and safety by delegating daily maintenance tasks
2. Ensure tasks in assigned rotation schedules are completed in a timely and efficient manner
3. Ensure staff washes, folds, and stocks towels for members
4. Ensure staff maintains the locker rooms and are neat, orderly and well stocked
5. Ensure Operations projects and tasks do not interfere with members' use of the club
6. Ensure staff is courteous to members and respectful of their privacy in the locker rooms
7. Continually ensure team members use the "five- sense" model throughout the entire club
8. Conduct facility inspections to ensure the club is clean and equipment is functioning properly

Managerial & Supervisory

1. Oversee maintenance and repair projects of the club
2. Maintain communication with all departments to monitor cleanliness and equipment condition
3. Assess individual performance, provide feedback and recognition
4. Recruit and interview for Operations department
5. Train staff through shadowing other team members, orientation, direction, and feedback
6. Coach and counsel staff
7. Make hiring, promotion, disciplinary, and termination recommendations to the General Manager

Responsibilities of All Positions

- Support and articulate the Life Time Fitness mission statement
- Adhere to company policies and procedures
- Ensure cleanliness of the club using all 5 senses:
  - Sight to ensure club is neat and orderly
  - Sound to ensure music/ sound levels are appropriate
  - Touch to ensure floors, countertops, etc are clean and dry
  - Taste to ensure food & beverages in the café are up-to-standards
  - Smell to ensure the club is fresh and odor free

**Qualifications**

Minimum Qualifications
Education:

- High School diploma or GED
- College degree in business, hospitality or related field preferred

Experience:
- One-year Management experience
- Building operations experience

https://lifetime.taleo.net/servlets/CareerSection?art_ip_action=FlowDispatcher......



EXHIBIT

F

Health and Fitness operations experience preferred

Licenses / Certifications / Regulations:
- Aquatic Facilities Operator Certification (AFO)
- Certified Pool Operator License (CPO) within six months of hire date
- CPR/AED certification required within the first thirty days after hire date

Knowledge, Skills, Abilities and Other Characteristics

- Ability to train and lead staff
- Ability to multi-task and learn quickly
- Excellent customer service skills
- Ability to resolve conflicts in a professional, tactful manner
- Awareness of potential injuries and ability to handle emergencies
- Excellent time management and organizational skills
- Ability to build relationships with members and staff
- Ability to operate basic machinery and tools
- Knowledge of pool chemicals
- Ability to operate a personal computer
- Knowledge of standard office procedures and computer software

| Profile | |
|---|---|
| **Locations** | IL-Old Orchard |
| **Organization** | Life Time Fitness - Clubs |
| **Schedule** | Full-time |
| **Job Level** | Manager with Direct Reports |
| **Employee Status** | Regular |
| **Travel** | No |

 Send this job to a friend

 Return to the job list

Apply Online

 Powered by Taleo